No. 03–1270. MASON ET AL. *v.* AMERICAN TOBACCO CO. ET AL. C. A. 2d Cir. Motion of Charles E. Grassley for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▌

No. 03–1290. EASTON *v.* FALLMAN ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▌

No. 03–1328. GOUGHNOUR, ACTING WARDEN *v.* COOPER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▌

No. 03–8778. GRAVES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▌